◼ In the Matter of ARPAD DOSA, Appellant, v PHILIP MC-NISH, as Zoning Officer of Town of Le Roy, et al., Respondents, and ANDREW J. OLENICK et al., Intervenors-Respondents. [668 NYS2d 970] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Judgment of Supreme Court, Genesee County, Mahoney, J.—CPLR art 78.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.